UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO NUNEZ., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:24-cv-3166-AC <br><br> <u>ORDER TO SHOW CAUSE and WITHDRAWING FINDINGS AND RECOMMENDATIONS</u> |

      This social security case is referred to the undersigned pursuant to E.D. Cal. 302(c)(15) and Appx. A(j)(1).  Since filing this action, plaintiff's counsel has missed various deadlines and generally failed to properly participate in litigation.  Plaintiff's counsel first failed to file the consent/decline form for magistrate jurisdiction, necessitating an order to show cause (ECF No. 8), to which he never responded.  Accordingly, a District Judge was assigned.  Plaintiff's counsel then failed to file plaintiff's motion for summary judgment, necessitating a second order to show cause.  ECF No. 10.  Counsel did not respond to the order to show cause, and the undersigned issued findings and recommendations that this case be dismissed for failure to prosecute, allowing plaintiff 21 days to file objections.  ECF No. 11.  Plaintiff's counsel did not file any objections.

      On June 5, 2025, with the findings and recommendations pending before the District Judge, plaintiff filed an untimely motion for summary judgment.  ECF No. 12.  In this motion,

counsel does not address his failure to properly prosecute this case, the existence of the orders to show cause, or the existence of pending findings and recommendations that this case be dismissed for failure to prosecute.

In the interest of fairness to the plaintiff himself, the undersigned will withdraw the finding of failure to prosecute and attendant recommendation of dismissal.  However, because counsel has failed to comply with court orders and his handling of this case very nearly cost his client the right to seek relief, he will be ordered to show cause why monetary sanctions should not be imposed.  Accordingly, the court ORDERS as follows:

1. The Findings and Recommendations at ECF No. 11 are WITHDRAWN;
2. The Commissioner's deadline to file an opposing motion for summary judgment shall run from the date of this order in accordance with the Local Rules; and
3. Counsel Kevin D. Heitke shall SHOW CAUSE within 10 days of this order why he should not be personally sanctioned in the amount of $5,000 for his repeated disregard of deadlines and his failure to respond to prior orders to show cause.

IT IS SO ORDERED.

DATED: June 10, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE