MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| OCTAVIO NUNEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 2:24-cv-03166-TLN-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 21 days, from July 10, 2025 to July 31, 2025, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

   This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

   The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to staffing reductions and organizational changes, counsel for the Commissioner has been tasked with additional duties and handling more cases, including the

instant case, which was just reassigned to her.  She also serves as jurisdictional coordinator, which requires providing strategic guidance and advice on litigation matters, and such duties are unpredictable, arise on an on-call basis, and are often time sensitive.  The undersigned is also scheduled to be out of the office at the end of June and early July.  Therefore, despite diligent efforts to manage her workload, counsel for the Commissioner needs additional time in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                                         Respectfully submitted,

Dated: June 24, 2025                    SUMMIT DISABILITY LAW LLC

                                By:*/s/ Kevin D. Heitke*\**
                                    KEVIN D. HEITKE
                                    Attorneys for Plaintiff
                                    [*As authorized by e-mail by P. Chulira on Jun. 24, 2025]

Dated: June 24, 2025                    MICHELE BECKWITH
                                    Acting United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Office of Program Litigation, Office 7

                                By:*/s/ Margaret Branick-Abilla*
                                    MARGARET BRANICK-ABILLA
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on July 31, 2025 and Plaintiff's reply, if any, shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

DATED: June 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE