UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO NUNEZ, | No. 2:24-cv-3166 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This social security case is referred to the undersigned pursuant to E.D. Cal. 302(c)(15) and Appx. A(j)(1). Since filing this action, plaintiff's counsel has missed various deadlines and generally failed to properly participate in litigation. Plaintiff's counsel first failed to file the consent/decline form for magistrate jurisdiction, necessitating an order to show cause (ECF No. 8), to which he never responded. Accordingly, a District Judge was assigned. Plaintiff's counsel then failed to file plaintiff's motion for summary judgment, necessitating a second order to show cause. ECF No. 10. Counsel did not respond to the order to show cause, and the undersigned issued Findings and Recommendations that this case be dismissed for failure to prosecute, allowing plaintiff 21 days to file objections. ECF No. 11. Plaintiff's counsel did not file any objections.

On June 5, 2025, with the Findings and Recommendations pending before the District Judge, plaintiff filed an untimely motion for summary judgment. ECF No. 12. The motion was

1  not accompanied by a request for leave to file out of time, and did not address counsel's failure to
2  properly prosecute this case, the existence of the orders to show cause, or the existence of
3  pending Findings and Recommendations that this case be dismissed for failure to prosecute.
4      In the interest of fairness to the plaintiff himself, the undersigned issued an order
5  withdrawing the finding of failure to prosecute and attendant recommendation of dismissal.  ECF
6  No. 11.  In this same order, because counsel has failed to comply with court orders and his
7  handling of this case very nearly cost his client the right to seek relief, the court ordered
8  plaintiff's counsel to show cause why monetary sanctions in the amount of $5,000 should not be
9  imposed.  Id.  Plaintiff's counsel was ordered to respond by June 20, 2025.  Id.  Counsel did not
10 respond.
11     Accordingly, the court ORDERS that Counsel Kevin D. Heitke shall, no later than July 7,
12 2025, pay sanctions to this Court in the amount of $5,000 for his repeated disregard of deadlines
13 and his failure to respond to prior orders to show cause.  This amount is charged directly to Mr.
14 Heitke and may not be charged to plaintiff.  Failure to timely pay comply with this order will
15 result in additional sanctions.
16     IT IS SO ORDERED.
17 DATED: June 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE