KIMBERLY A. SANCHEZ  
Acting United States Attorney  
MATHEW W. PILE  
Associate General Counsel  
Office of Program Litigation, Office 7  
MARGARET BRANICK-ABILLA (CABN 223600)  
Special Assistant United States Attorney  
Office of Program Litigation, Office 7  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
Telephone: (510) 970-4809  
Email: Margaret.Branick-Abilla@ssa.gov  

Attorneys for Defendant  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA  

| OCTAVIO NUNEZ, | Civil No. 2:24-cv-03166-TLN-AC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further consider the medical and testimonial evidence, reevaluate Plaintiff's residual functional capacity, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 18, 2025                SUMMIT DISABILITY LAW LLC

By: /s/ Kevin D. Heitke*
KEVIN D. HEITKE
Attorneys for Plaintiff
[*As authorized by e-mail on July 18, 2025]

Dated: July 18, 2025                KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 18, 2025

Troy L. Nunley
Chief United States District Judge